United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

AKAASHA ASHANTE ZIYA,
Plaintiff,

v.

INHOUSE PHYSICIANS, S.C.,
Defendant.

Case No. 22-cv-07496-LB

**ORDER OF CONDITIONAL DISMISSAL**

Re: ECF No. 142

Given the parties' settlement of their case, the court orders that the case be dismissed without prejudice. (The parties have executed a settlement agreement, and all terms will be satisfied by October 15, 2026.) If any party certifies to the court within **120 days** (with proof of service on opposing counsel) that the agreed consideration has not been delivered, then this order will stand vacated, and this case will be restored to the calendar to be set for trial. If no certification is filed, then after 120 days, the dismissal will be with prejudice.

**IT IS SO ORDERED.**

Dated: October 2, 2026

LAUREL BEELER
United States Magistrate Judge